**United States District Court**
**For The District of Columbia**

| | |
|---|---|
| **United States of America,** | |
| v. | No. 19-cr-194 (KBJ) |
| **Robert Leake,** | |
|       **Defendant.** | |

**MOTION TO RENEW AND SUPPLEMENT THE DEFENDANT'S EMERGENCY MOTION FOR RELEASE FROM CUSTODY DUE TO IMMEDIATE THREAT POSED BY COVID-19 PANDEMIC**

Counsel has requested medical records from the D.C. Jail and is awaiting those records. In the meantime, however, Counsel has conferred with Mr. Leake and has been advised that he was prescribed an inhaler for asthma in the community and has one at the D.C. Department of Corrections. Counsel spoke with the case manager who arranged the brief legal call, and she allowed Mr. Leake to return to his unit to get his inhaler. At the conclusion of the call, the case manager then confirmed to undersigned counsel that Mr. Leake indeed had a D.C. Jail prescribed inhaler for asthma. Additionally, Counsel was able to verify with Kiya Branham, who the Court will recall testified at the motions hearing about caring for Mr. Leake's children, that she knows that both Mr. Leake and one of his daughters suffers from asthma. She recalled that on one occasion his daughter was hospitalized for a collapsed lung and shortly after she was released, Mr. Leake was

hospitalized for a severe asthma attack. She also had in her possession an inhaler he used to use. Mr. Leake has no objection to the Court obtaining his medical records directly from the D.C. Jail if the Court believes this level of documentation is insufficient.

Counsel has also learned that while Mr. Leake would not be able to live with his child's mother, as counsel had originally requested, he could live with a sister who lives in Maryland. His sister advised that their father passed away this month and she would like to have the opportunity to grieve with her brother.

Finally, as the Court is well aware, the COVID-19 crisis at the D.C. Jail has grown exponentially and the Department has proven unable to handle the crisis. At least 140 inmates have now contracted the disease. It has gotten so bad that Counsel understands federally arrested inmates are no longer being taken to the D.C. Jail and sentenced inmates are not being moved into the BOP. For all of these reasons as well as the reasons stated in the original motion, Mr. Leake renews his request to be released pending trial.

Respectfully submitted,

A. J. KRAMER
Federal Public Defender

_____/s/_____
MICHELLE PETERSON
Chief Assistant Federal Public Defender

_____/s/_____
BENJAMIN FLICK
Research & Writing Attorney
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004
(202) 208-7500